IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00006-MR-WCM

| | | |
|---|---|---|
| GARY PALMIROTTO | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAG & ASSOCIATES | ) | |
| CONSTRUCTION, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (the "Motion," Doc. 4) filed by Paul Bidwell. The Motion indicates that Mr. Bidwell, a member in good standing of the Bar of this Court, is local counsel for Gary Palmirotto, and that he seeks the admission of Matthew C. Billips, who the Motion represents as being a member in good standing of the Bar of the State of Georgia. It further appears that the requisite admission fee has been paid.

The Motion also indicates that Defendant opposes the Motion, and Mr. Bidwell has confirmed to the undersigned's chambers that the Motion is opposed. No counsel has yet appeared for Defendant.

Seeing no facial defect in the Motion, the undersigned will grant the request. Defendant may, however, request that the admission of Mr. Billips be

reconsidered, after Defendant has appeared in this matter through counsel. Defendant is advised that any such request for reconsideration should be supported by specific objections to the instant *pro hac vice* admission.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 4) is **GRANTED**, and Matthew C. Billips is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to Defendant's right to challenge Mr. Billips' admission, provided that any such motion is filed within **fourteen days** of Defendant's appearance in this matter through counsel.

Signed: January 20, 2022

W. Carleton Metcalf
United States Magistrate Judge